# EXHIBIT A

EEOC Form 5 (07/24)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 450-2024-06969 |
| Texas Workforce Commission Civil Rights Division | |

---

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Mr. Mohammed Boujaer

Home Phone:     682-400-6010

Year of Birth:     1964

Street Address:     809 White Fields Way Arlington

ARLINGTON, TX 76002

---

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Lockheed Martin Inc

No. Employees, Members:

Phone No.:

Street Address:     1 Lockheed Blvd

FORT WORTH, TX 76108

Name:

No. Employees, Members:

Phone No.:

Street Address:

---

DISCRIMINATION BASED ON:

National Origin, Religion

---

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 02/28/2022

Latest: 03/22/2024

---

THE PARTICULARS ARE:

PERSONAL HARM: I began employment with the Respondent on or around February 28, 2022, and worked as an IT in the deployment center. My direct supervisor was Craig Phillips. Throughout my employment, I was frequently denied the opportunity to work overtime while similarly situated individuals outside of my protected class were afforded those opportunities. On the rare occasion I was selected for overtime, it was because not enough people had signed up. On or around March 22, 2024, I was informed that my contract was being terminated after being renewed on January 18, 2024. I am aware that a similarly situated individual in my protected class had their contract terminated by Craig Phillips approximately 10 months before mine was terminated. I am also aware that the Respondent has hired multiple individuals outside of my protected class into the same position I held despite these individuals having minimal qualifications or experience. RESPONDENTS REASON FOR ADVERSE ACTION: I was informed that my contract was being terminated. DISCRIMINATION STATEMENT: I believe that I have been discriminated against because of my national origin (African) and religion (Muslim), in violation of Title VII of the Civil Rights Act of 1964, as amended. I would like to add that in my Department (The Deployment Center) I was the only one requesting more work once I complete my tickets. I used to ask George Abram to assign Asset Retrieval tickets to me in case he has some. Furthermore, I asked Craig Phillips four times during the span of one year about Security Clearance sponsorship. Once, I knew he was not going to help me, I asked Sharon Martinez. My conversation with her lasted less than five minutes and she accepted to initiate my Security Clearance sponsorship. Craig Phillips displayed leniency toward other employees. For example, one employee had a serious emotional breakdown in the last week of December 2023 at Bldg. 312. He started cursing loudly and using the F word excessively for no reason. Three

Page 1 of 3

EEOC Form 5 (07/24)

employees witnessed that incident. Another co- worker was written up by a security officer because he was driving his golf cart and talking on the cell phone at the same time. Craig Phillips did not fire any of these employees despite the seriousness of their actions.

**RESPONDENTS REASON FOR ADVERSE ACTION:**

I was informed that my contract was being terminated.

**DISCRIMINATION STATEMENT:**

I believe that I have been discriminated against because of my national origin (African) and religion (Muslim), in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally Signed By: Mr. Mohammed Boujaer
08/19/2024

Charging Party Signature & Date

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Signature of Complainant
Subscribed and sworn to before me this date: _____

CP Enclosure with EEOC Form 5 (06/24)

## PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (06/24).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.